IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARTHUR MULGREW,

    Petitioner,                     No. CIV S-09-0767 MCE GGH P

    vs.

M. McDONALD,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 6, 2009, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

1  A certificate of appealability should be granted for any issue that petitioner can
2  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3  court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
5  Petitioner has made a substantial showing of the denial of a constitutional right in
6  the following issue presented in the instant petition: whether this action is barred by the statute of
7  limitations.
8  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
9  issued in the present action.

Dated: December 7, 2009

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.